ORIGINAL

In the United States Court of Federal Claims
(Filed: September 2, 2015)

FILED
SEP 1 0 2015
U.S. COURT OF
FEDERAL CLAIMS

| | | |
|---|---|---|
| DONALD MOSS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 15-592T |
| | ) | (CHIEF JUDGE PATRICA E. CAMPBELL) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | |

NOTICE OF SUBMITTAL OF DISMISSAL OF ACTIONS

Pursuant to Rule 41. Dismissal of Actions of the United States Court of Federal Claims, all parities have been served. This action is a voluntary dismissal by the plaintiff.

9-2-2015                                                    Donald J. Moss
                                                            Plaintiff

# In the United States Court of Federal Claims
(Filed: September 2, 2015)

| | |
|---|---|
| DONALD MOSS ) | |
| ) | |
| Plaintiff, ) | |
| ) | 15-592T |
| ) | (CHIEF JUDGE PATRICA E. CAMPBELL) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant ) | |

## NOTICE OF SUBMITTAL OF DISMISSAL OF ACTIONS

To the Clerk: Please serve papers to parties as follows:

> Brian J Sullivan, Esquire
> Trial Attorney
> U.S. Department of Justice
> Tax Division
> Court of Federal Claims Section
> Post Office Box 26
> Ben Franklin Station
> Washington, D.C. 20044
>
> Carolyn D. Ciraolo
> Acting Assistant Attorney General
> David I Pincus
> Chief, Court of Federal Claims Section
> G. Robson Stewart
> Assistant Chief, Court of Federal Claims
>
> Attorneys for the United States